IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01611-REB-PAC

GUADALUPE CORONADO, and
LUZ MARIA ORNELAS,

      Plaintiff,

v.

FAMILY DOLLAR STORES, OF COLORADO INC.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Stipulation for Dismissal With Prejudice** on July 1, 2005. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice**, filed on July 1, 2005, is **APPROVED**;

2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs; and

3.  That the trial preparation conference set for March 3, 2006, and the jury trial set to commence March 6, 2006, are **VACATED**.

Dated this 1st day of July, 2005, at Denver, Colorado.

                                              BY THE COURT:

                                              s/Robert E. Blackburn
                                              Robert E. Blackburn
                                              United States District Judge